578

Irving G. Zazove, Appellant, v. Guy A. Richardson and Walter J. Cummings, Receivers, et al., Appellees.

Gen. No. 41,596.

opinion filed April 15, 1941. Irving G. Zazove, pro se; Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''

Maurice H. Kamm, Appellant, v. E. G. Swanson et al., Appellees.

Gen No. 40,779.

opinion filed April 15, 1941. Ode L. Rankin, for appellant; William A. Lomax, for appellees. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''